UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re | ) | Chapter 7 |
| | ) | Case No. 10 B 26662 |
| Mary Levy, | ) | Hon. Timothy A. Barnes |
| | ) | Hearing Date: April 3, 2013 |
| Debtor. | ) | Time: 10:00 a.m. |

**Notice of Motion**

**TO:**   *See Attached Service List*

  PLEASE TAKE NOTICE that on **April 3, 2013** at **10:00** a.m. or as soon thereafter as counsel may be heard, we shall appear before the Honorable **Timothy A. Barnes**, at the United States Courthouse, 219 South Dearborn Street, Room 613, Chicago, Illinois and then and there present the **Trustee's Motion to Approve Compromise and Settlement per Rule 9019 with Massachusetts Plate Glass Insurance Agency, Inc., to Pay Final Compensation to Special Counsel, and to Pay Debtor**, a true and correct copy of which is attached hereto and hereby served upon you.

                   /s/
                   Julia D. Loper

**Certificate Of Service**

  I, Julia D. Loper, hereby certify that I caused a true and correct copy of the foregoing Notice of Motion and the document identified therein to be served on the persons on the attached service list at their respective addresses via CM/ECF electronic notice or via first class mail, postage prepaid, on March 21, 2013.

                   /s/
                   Julia D. Loper

Joseph A. Baldi
Julia D. Loper
Baldi Berg & Wallace, Ltd.
19 South LaSalle Street, Suite 1500
Chicago, IL  60603
(312) 726-8150

1

*Service List*

**Mary Levy, debtor**
**Case No. 10 B 26662**

**Via CM/ECF Electronic Notice**

Office of the U.S. Trustee
USTPRegion11.ES.ECF@usdoj.gov

Jason R. Allen
Legal Helpers
NDILnotices@legalhelpers.com

**Via First Class Mail**

Mary Levy
416 S. 2nd Avenue
Maywood, IL 60153

Uche O. Asonye
Jason D Keck
Asonye and Associates
39 S. LaSalle St.
Suite 815
Chicago, IL 60603

Jane M. McFetridge
Stephanie Erin Handler
Jackson Lewis LLP
150 North Michigan Ave., Suite 2500
Chicago, IL 60601

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re | ) | Case No. 10 B 26662 |
| | ) | Chapter 7 |
| Mary Levy, | ) | Hon. Timothy A. Barnes |
| Debtor. | ) | Hearing Date: April 3, 2013 |
| | ) | Time: 10:00 a.m. |

**Trustee's Motion to Approve Compromise and Settlement per Rule 9019
with Massachusetts Plate Glass Insurance Agency, Inc.,
to Pay Final Compensation to Special Counsel, and to Pay Debtor**

Joseph A. Baldi, as trustee ("Trustee") for the estate ("Estate") of Mary Levy, debtor ("Debtor"), by his attorneys and pursuant to Rule 9019(a) of the Federal Rules of Bankruptcy Procedure ("Rules) and section 330 of title 11, United States Code ("Code"), moves this Court for the entry of an order 1) authorizing him to compromise and settle the Estate's claims relating to Debtor's employment discrimination claim; 2) allowing and authorizing Trustee to pay from the settlement proceeds final compensation to the Estate's special counsel; and 3) allowing and authorizing Trustee to pay $10,000 to Debtor from the settlement proceeds. In support thereof, Trustee respectfully states as follows:

**Introduction**

1. Debtor commenced this case on June 14, 2010, by filing a voluntary petition for relief under chapter 7 of the Code.

2. Joseph A. Baldi is the duly appointed, qualified and acting chapter 7 trustee in this case.

3. The Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334. This is a core proceeding pursuant to 28 U.S.C. § 157(b)(2).

4. The bar date for filing claims in this case was December 17, 2012. Unsecured claims totaling $49,475.82 have been filed as of the date hereof.

1

**Employee Discrimination Claim**

5. Among the assets of Debtor's Estate is an employment discrimination claim ("Discrimination Claim"). Debtor filed a lawsuit against Massachusetts Plate Glass Insurance Agency, Inc. ("Defendants") and other related parties which is currently pending in the United States District Court for the Northern District of Illinois, Eastern Division, and is styled *Mary Levy v. Massachusetts Plate Glass Insurance Agency, Inc., et al Case No. 11 cv 06659* ("Civil Suit"). Debtor's complaint alleges sexual and racial harassment and retaliation. Among other things, the Debtor seeks money damages and reinstatement.

6. Prior to filing this bankruptcy case, Debtor retained Uche O. Asonye ("Asonye") and the law firm of Asonye & Associates to pursue the Discrimination Claim on her behalf.

7. The Discrimination Claim became property of this Estate upon the filing of the petition commencing this case in accordance with section 541 of the Code; however, Debtor may have a claim that the equitable relief she requested, namely, reinstatement is not property of the Estate.

8. On October 10, 2012, this Court authorized the Trustee to retain Asonye as his special counsel for the purpose of pursuing the Civil Suit on behalf of the Estate.

**Settlement of Discrimination Suit**

9. On March 12, 2013, Defendants, Debtor and Asonye, in consultation with Trustee, participated in mediation and reached an agreement to compromise and settle the Discrimination Claim and the Civil Suit. The mediation agreement is memorialized and attached hereto as Exhibit A, which terms will be incorporated into the Settlement Agreement. Trustee and the Defendants have agreed that Defendants will pay the sum of $100,000.00 in full satisfaction of the Discrimination Claim, including Debtor's equitable claims, in exchange for the dismissal with prejudice of the Civil Suit. Defendants shall pay the settlement amount to the Estate within 30 days after approval of this settlement and dismissal of the Civil Suit. Because of the nature of Debtor's claims against Defendants, one condition of the settlement agreement

is that Mary Levy personally sign the settlement agreement to waive any equitable claims which may be part of the Discrimination Claim.

10.  Trustee believes that the proposed settlement is fair and reasonable and in the best interests of the Estate. Asonye, who specializes in discrimination actions similar to the Discrimination Claim, has recommended that Trustee accept the terms of the settlement of the based upon his assessment of the merits of the case and risks associated with continued litigation. Furthermore, the amount of the proposed settlement will allow the Trustee to pay a substantial percentage of the creditor's claims.

### Request to Pay Compensation to Special Counsel from the Settlement Proceeds

11.  Under the agreement entered into with Asonye in connection with his retention as special counsel to the Trustee, the terms of which were approved by this Court, Asonye is entitled to receive forty percent (40%) of any amount recovered in the Civil Suit. Accordingly, Trustee seeks authority to pay to Asonye $40,000 as final compensation for his services rendered on behalf of the Estate in settling and liquidating the Discrimination Claim.

### Payment to Debtor

12.  The Debtor's Discrimination Claim sought both money damages and equitable relief. In exchange for Debtor relinquishing her right to reinstatement, to personally sign in agreement to the settlement, and as part of the global settlement, Trustee has agreed to pay Debtor $10,000. Trustee seeks authority to pay the Debtor the amount set forth above upon his receipt of the settlement proceeds, without further order of court.

13.  As a result of the foregoing, and pursuant to the terms of the proposed settlement, the Estate shall receive net proceeds of $50,000 after payment of the amounts set forth above.

### Notice

14.  Trustee has provided 16 days' notice of this Motion to the Debtor, all creditors and other parties in interest, in the form attached hereto as Exhibit B. Trustee requests that the

3

notice period required by Rules 2002 and 9019 be shortened in this case from 21 to 16 days. Trustee submits that cause exists to reduce the notice period because of upcoming status dates in the district court.

WHEREFORE, Joseph A. Baldi, as Trustee of the Estate of Mary Levy, Debtor, requests that this Court enter an order:

A.  Approving the proposed compromise and settlement of the Discrimination Claim pursuant to the terms set forth herein;

B.  Authorizing Trustee to execute any and all documents as may be necessary to implement the settlement;

C.  Authorizing Trustee to execute any and all documents and take any such action as may be necessary to cause the Civil Suit to be dismissed with prejudice;

D.  Allowing and authorizing Trustee to pay to Uche O. Asonye the sum of $40,000 as final compensation for his services rendered in the resolution of the Discrimination Claim as special counsel to Trustee;

E.  Allowing and authorizing Trustee to pay to the Debtor the sum of $10,000 from the proceeds of settlement; and,

F.  For such other and further relief as this Court deems just and reasonable.

Dated: March 19, 2013                    Respectfully submitted,

                                         Joseph A. Baldi, as trustee of the Estate of
                                         Mary Levy, debtor


                                         By:_____/s/ Julia D. Loper_____
                                                     One of his attorneys

Joseph A. Baldi
Julia D. Loper
Baldi Berg & Wallace, Ltd.
19 S. LaSalle Street  #1500
Chicago  IL  60603
312/726-8150

4

Joseph A. Baldi as Trustee v. Massachusetts Plate Glass Insurance Agency, Inc. et al.
Case No.: 1:11-cv-06659

Terms of Agreement reached during mediation held on March 12, 2013:

1. Defendants in the above titled action agree to pay Plaintiff and/or Trustee the total of $100,000.00 as follows:

    a. $40,000 to Asonye and Associates as attorneys' fees;
    b. $50,000 to Baldi as Trustee to Mary Levy's Bankruptcy Estate; and
    c. $10,000 to Mary Levy, with a 1099 to issue.

2. As further consideration, Defendants agree to pay the mediator's fee;

3. To the extent possible, the parties agree to mutual confidentiality, non-disparagement, and no rehire provisions in a private settlement agreement; and

4. Defendants agree to provide Mary Levy with a neutral reference.

_____
On Behalf of Mary Levy and Joseph A. Baldi, as Trustee

_____
On Behalf of Defendants

Mary Levy

OFFICIAL SEAL
PAULA J. DELGADO
Notary Public - State of Illinois
My Commission Expires Nov 08, 2014

Paula J. Delgado
3/12/13

EXHIBIT A

UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re | ) | Case No. 10 B 26662 |
| | ) | Chapter 7 |
| Mary Levy, | ) | Hon. Timothy A. Barnes |
| Debtor. | ) | Hearing Date:  April 3, 2013 |
| | ) | Time: 10:00 a.m. |

**Notice of Trustee's Motion to Approve Compromise and Settlement per Rule 9019
with Massachusetts Plate Glass Insurance Agency, Inc.,
to Pay Final Compensation to Special Counsel, and to Pay Debtor**

To:     Debtor, All Creditors and Other Parties in Interest

**PLEASE TAKE NOTICE** that on or about **March 19, 2013**, Joseph A. Baldi, as trustee, ("Trustee") of the estate of Mary Levy, debtor ("Debtor"), will file **Trustee's Motion to Approve Compromise and Settlement per Rule 9019 with Massachusetts Plate Glass Insurance Agency, Inc., to Pay Final Compensation to Special Counsel, and to Pay Debtor** ("Motion").  A copy of the Motion will be on file and available for inspection and copying at the office of the Clerk of the United States Bankruptcy Court, 219 South Dearborn Street, Chicago, Illinois  60604.  A copy of the Motion may also be obtained from the Trustee's attorneys at the address set forth below and on the internet at the Court's web site at www.ilnb.uscourts.gov/.

As set forth in the Motion, Trustee seeks authority to settle a claim ("Discrimination Claim") arising from Debtor's former employment with Massachusetts Plate Glass Insurance Agency, Inc. that occurred prior to the filing of this bankruptcy case.  Mary Levy filed suit in district court to recover damages incurred in connection with the Discrimination Claim ("Civil Suit").  On October 10, 2012, trustee obtained authority to retain Uche O. Asonye ("Asonye") as special counsel to continue to pursue the Civil Suit.  Trustee has reached an agreement with the defendants in the Civil Suit to settle the Discrimination Claim for the sum of $100,000.00 and seeks authority to enter into the proposed settlement.  Trustee seeks allowance and authority to pay Uche O. Asonye, Trustee's special counsel, final compensation in the amount of $40,000.00 in connection with his representation of the estate.  Trustee also seeks authority to pay $10,000.00 to the Debtor from the proceeds of the settlement on account of Debtor's cooperation in releasing her equitable claims in the Civil Suit.

Trustee believes it is in the best interests of the Estate to settle the Discrimination Claim for the sum of $100,000.00.  Asonye, who specializes in discrimination actions similar to the Discrimination Claim, has recommended that Trustee accept the terms of the settlement based upon his assessment of the merits of the case and risks associated with litigating the Discrimination Claim.  In addition, it appears that the proposed settlement will result in a substantial estate from which to pay creditors who have filed proofs of claim.

Objections, if any, to the proposed settlement of the Discrimination Claim or the payment of compensation and expenses requested in the Motion must be filed on or before **April 3, 2013,** with the Clerk of the United States Bankruptcy Court, 219 South Dearborn Street, Chicago, Illinois, 60604, with a copy to be served concurrently upon Trustee's counsel at the address set forth below.

A hearing will be held upon the Trustee's Motion and any objections thereto on **April 3, 2013 at 10:00 a.m.** before the Honorable Timothy A. Barnes, Courtroom 613, 219 South Dearborn Street, Chicago, Illinois  60604, at which time you may, but need not, appear and be heard.  If no objections are filed or if no party requests a formal hearing on the Motion, the Motion may be granted without further hearing thereon.

Dated:  March 18, 2013                                    Joseph A. Baldi, Trustee of the
                                                         Estate of Mary Levy, Debtor

Joseph A. Baldi
Baldi Berg & Wallace, Ltd.
19 S. LaSalle St.  Suite 1500
Chicago   IL  60603
(312) 726-8150

# **EXHIBIT B**