# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

In re: §
§
Levy, Mary § Case No. 10-26662
§
Debtor(s) §

## NOTICE OF TRUSTEE'S FINAL REPORT AND APPLICATIONS FOR COMPENSATION AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that Joseph A. Baldi, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
Kenneth S. Gardner
Clerk of the U.S. Bankruptcy Court
219 S. Dearborn, 7th Floor
Chicago, Illinois 60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 20 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at :
10:30 a.m., on Wednesday December 4, 2013
in Courtroom 613, U.S. Courthouse
219 S. Dearborn St., Chicago, IL

If no objections are filed, upon entry of an order on the fee applications, the Trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: _____   By: Kenneth Gardner_____
                                    Clerk of Bankruptcy Court

*Joseph A. Baldi*
*Suite 200*
*20 N. Clark St.*
*Chicago, IL 60602*

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re:                             §
                                   §
Levy, Mary                         §        Case No. 10-26662
                                   §
         Debtor(s)                 §

SUMMARY OF TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---:|
| The Final Report shows receipts of | $ | 100,000.00 |
| and approved disbursements of | $ | 55,321.85 |
| leaving a balance on hand of[1] | $ | 44,678.15 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---:|---:|---:|
| Trustee Fees: Joseph A. Baldi | $ 7,750.00 | $ 0.00 | $ 7,750.00 |
| Attorney for Trustee Fees: Baldi Berg & Wallace, Ltd. | $ 4,599.50 | $ 0.00 | $ 4,599.50 |
| Attorney for Trustee Expenses: Baldi Berg & Wallace, Ltd. | $ 36.16 | $ 0.00 | $ 36.16 |
| Accountant for Trustee Fees: Popowcer Katten, Ltd | $ 960.00 | $ 0.00 | $ 960.00 |
| Other: Internal Revenue Service | $ 3,521.00 | $ 3,521.00 | $ 0.00 |
| Other: Illinois Department of Revenue | $ 1,705.00 | $ 1,705.00 | $ 0.00 |
| Other: Asonye & Associates | $ 40,000.00 | $ 40,000.00 | $ 0.00 |
| Total to be paid for chapter 7 administrative expenses | | $ | 13,345.66 |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (5/1/2011) *(Page: 2)*

    Remaining Balance      $ 31,332.49

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 49,475.82 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 63.3 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | Discover Bank | $ 9,661.41 | $ 0.00 | $ 6,118.46 |
| 000002 | FIA CARD SERVICES, N.A. | $ 29,852.27 | $ 0.00 | $ 18,905.11 |
| 000003 | American Express Bank, FSB | $ 1,066.98 | $ 0.00 | $ 675.71 |
| 000004 | LVNV Funding, LLC its successors and assigns as | $ 6,628.47 | $ 0.00 | $ 4,197.74 |
| 000005 | PYOD, LLC its successors and assigns as assignee | $ 2,266.69 | $ 0.00 | $ 1,435.47 |

    Total to be paid to timely general unsecured creditors      $ 31,332.49

    Remaining Balance      $ 0.00

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

Prepared By: /s/_____
Joseph A. Baldi, Trustee

*Joseph A. Baldi*
*Suite 200*
*20 N. Clark St.*
*Chicago, IL 60602*

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

```
                              United States Bankruptcy Court
                              Northern District of Illinois
In re:                                                                 Case No. 10-26662-TAB
Mary Levy                                                              Chapter 7
          Debtor
                                    CERTIFICATE OF NOTICE
District/off: 0752-1          User: dwilliams              Page 1 of 2                  Date Rcvd: Oct 31, 2013
                              Form ID: pdf006              Total Noticed: 47


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 02, 2013.
db           +Mary Levy,    416 S 2nd Ave,   Maywood, IL 60153-2202
15708678     +ADT,   PO Box 371490,   Pittsburgh, PA 15250-7490
15708679     +American Express,    c/o Becket and Lee LLP,    Po Box 3001,    Malvern, PA 19355-0701
19694647      American Express Bank, FSB,   c o Becket and Lee LLP,    POB 3001,    Malvern, PA 19355-0701
15708681     +Bac/fleet-bkcard,    200 Tournament Dr,   Horsham, PA 19044-3606
15708682     #+Bank Of America,   Po Box 15026,   Wilmington, DE 19850-5026
15708685    ++CITIBANK,   PO BOX 790040,    ST LOUIS MO 63179-0040
              (address filed with court: Citgo Oil / Citibank,    Attn: Centralized Bankruptcy,    Po Box 20432,
              Kansas City, MO 64195)
15708683     +Carson Pirie Scott,    PO Box 10298,   Jackson, MS 39289-0298
15708684     +Chase,   Po Box 15298,   Wilmington, DE 19850-5298
15708686     +Citi,   Pob 6241,   Sioux Falls, SD 57117-6241
15708687      Consecofin,   345 St Peter/900 Landmk,    Saint Paul, MN 55102
15708689     +Dovenmuehle Mortgage,    1 Corporate Dr Ste 360,    Lake Zurich, IL 60047-8945
19516648      FIA CARD SERVICES, N.A.,    4161 Piedmont Parkway,    NC4 105 03 14,    Greensboro, NC 27410
15708690     +Fashion Bug/soanb,    1103 Allen Dr,   Milford, OH 45150-8763
15708691     +Fia Csna,   Attn: Bankruptcy,    Po Box 182686,    Columbus, OH 43218-2686
15708692      First National Bank Credit Card Center,    Attention: Bankruptcy Department,
              14010 First National Bank Parkway Stop,    Omaha, NE 68154
15708693      First Usa Bank N A,    Po Box 8650,   Wilmington, DE 19899
15708696     +GMAC,   Attention: Bankruptcy Dept.,    1100 Virginia Drive,    Fort Washington, PA 19034-3204
15708697     +Harris N.a.,    3800 Golf Rd Ste. 300,    Rolling Meadows, IL 60008-4037
15708698     +Hsbc Best Buy,   Attn: Bankruptcy,    Po Box 5263,    Carol Stream, IL 60197-5263
15708699     +Hsbc/wicks,    Pob 15521,   Wilmington, DE 19850-5521
15708700     +Illinois Collection Se,    Po Box 1010,   Tinley Park, IL 60477-9110
15708702     +Loyola University Medical Center,    2160 S First Ave,    Maywood, IL 60153-3328
15708704     +Macys/fdsb,    Macy’s Bankruptcy,   Po Box 8053,    Mason, OH 45040-8053
15708705     +NAFS of Canada,    6341 Inducon Drive E,   Sanborn, NY 14132-9016
15708707      Oxford Management Services,    CS 9018,   Melville, NY 11747
15708709     +Rnb-fields3,    Po Box 9475,   Minneapolis, MN 55440-9475
15708711     +Sears/cbsd,    Po Box 6189,   Sioux Falls, SD 57117-6189
15708712     +Sinai Medical Group,    3537 Paysphere Circle,    Chicago, IL 60674-0035
15708713     +Td Retail Card Service,    1000 Macarthur Blvd,    Mahwah, NJ 07430-2035
15708714     +Unvl/citi,   Po Box 6241,    Sioux Falls, SD 57117-6241
15708715     +Weltman, Weinberg & Reis Co,    10 S LaSalle St, Suite 900,    Chicago, IL 60603-1016
15708716     +Westbrook Dental,    1 Trans Am Plaza Drive,    Villa Park, IL 60181-4286
15708717     +Wfnnb/micro Electronic,    Po Box 182273,   Columbus, OH 43218-2273
15708718     +Wfnnb/new York & Compa,    220 W Schrock Rd,    Westerville, OH 43081-2873

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
19461036      E-mail/PDF: mrdiscen@discoverfinancial.com Nov 01 2013 01:25:28      Discover Bank,
              DB Servicing Corporation,    PO Box 3025,    New Albany, OH  43054-3025
15708688     +E-mail/PDF: mrdiscen@discoverfinancial.com Nov 01 2013 01:25:28      Discover Fin,
              Attention: Bankruptcy Department,    Po Box 3025,    New Albany, OH 43054-3025
15708694     +E-mail/PDF: gecsedi@recoverycorp.com Nov 01 2013 01:28:32      GEMB / Old Navy,
              Attention:  Bankruptcy,    Po Box 103104,    Roswell, GA 30076-9104
15708695     +E-mail/PDF: gecsedi@recoverycorp.com Nov 01 2013 01:26:37      Gemb/jcp,    Attention:  Bankruptcy,
              Po Box 103104,   Roswell, GA 30076-9104
15708701     +E-mail/Text: bnckohlsnotices@becket-lee.com Nov 01 2013 01:12:51      Kohls/chase,
              N56 W 17000 Ridgewood Dr,    Menomonee Falls, WI 53051-7096
19747583      E-mail/PDF: resurgentbknotifications@resurgent.com Nov 01 2013 01:26:17
              LVNV Funding, LLC its successors and assigns as,    assignee of Citibank, N.A.,
              Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
15708703     +E-mail/PDF: resurgentbknotifications@resurgent.com Nov 01 2013 01:26:17      Lvnv Funding Llc,
              Po Box 740281,    Houston, TX 77274-0281
15708706     +E-mail/Text: bankrup@aglresources.com Nov 01 2013 01:12:29      Nicor Gas,
              Attention:  Bankruptcy Department,    Po Box 190,    Aurora, IL 60507-0190
19747918     +E-mail/PDF: resurgentbknotifications@resurgent.com Nov 01 2013 01:28:28
              PYOD, LLC its successors and assigns as assignee,    of Citibank, N.A.,
              Resurgent Capital Services,    PO Box 19008,    Greenville, SC 29602-9008
15708708     +E-mail/Text: creditreconciliation@peoples.com Nov 01 2013 01:13:45      Peoples United Bank,
              1000 Lafayette Blv,    Bridgeport, CT 06604-4707
15708710      E-mail/Text: SBONNEMA@ROGENT.COM Nov 01 2013 01:14:44      Rogers & Hol,    20821 Cicero Ave.,
              Mattteson, IL 60443-1201
15708680      E-mail/PDF: cbp@slfs.com Nov 01 2013 01:28:25      American General Finance,    Po Box 3121,
              Evansville, IN 47731
                                                                                              TOTAL: 12

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty             Baldi Berg &  Wallace, Ltd
                                                                                   TOTALS: 1, * 0, ## 0

Addresses marked ‘+’ were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

```
District/off: 0752-1          User: dwilliams            Page 2 of 2              Date Rcvd: Oct 31, 2013
                              Form ID: pdf006           Total Noticed: 47
```

***** BYPASSED RECIPIENTS (continued) *****

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 02, 2013                                    Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 30, 2013 at the address(es) listed below:
```
              Jason R Allen    on behalf of Debtor Mary  Levy NDILnotices@legalhelpers.com,
               CourtNotice@legalhelpers.com
              Joseph A Baldi    on behalf of Trustee Joseph A Baldi, Tr jabaldi@baldiberg.com,
               jabaldi@ameritech.net;jmanola@baldiberg.com
              Joseph A Baldi, Tr    jabaldi@baldiberg.com,   jbaldi@ecf.epiqsystems.com;jmanola@baldiberg.com
              Joseph A Baldi, Tr    on behalf of Trustee Joseph A Baldi, Tr jabaldi@baldiberg.com,
               jbaldi@ecf.epiqsystems.com;jmanola@baldiberg.com
              Joseph A Baldi, Tr    on behalf of Accountant   Popowcer Katten  Ltd. jabaldi@baldiberg.com,
               jbaldi@ecf.epiqsystems.com;jmanola@baldiberg.com
              Julia D Loper    on behalf of Trustee Joseph A Baldi, Tr jloper@baldiberg.com
              Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
              Roman  Sukley    on behalf of U.S. Trustee Patrick S Layng USTPRegion11.es.ecf@usdoj.gov,
               roman.l.sukley@usdoj.gov;cameron.g.gulden@usdoj.gov
                                                                                             TOTAL: 8
```