UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

In Re:   )   BK No.: 10-26662
Mary Levy   )
   )   Chapter: 7
   )
   )   Honorable Timothy A. Barnes
   )
   )
Debtor(s)   )

**Order Awarding Final Compensation and Expense Reimbursement to Trustee's Attorneys**

THIS MATTER BEING HEARD on the Baldi Berg & Wallace, Ltd.'s ("BBW") First and Final Request for Compensation and Expense Reimbursement as Trustee's Attorneys, notice having been given, and the Court being duly advised:

IT IS HEREBY ORDERED that BBW is allowed final compensation in the amount of $4,599.50 and reimbursement of expenses in the amount of $36.61; and

IT IS FURTHER ORDERED that the Joseph A. Baldi, Trustee is authorized to pay the allowances listed above as part of the his final distribution in this case.

Enter:

Dated: 4 DEC 2013

United States Bankruptcy Judge

**Prepared by:**

Joseph A. Baldi/Atty ID 00100145
20 N. Clark St., Suite 200
Chicago, IL 60602
312.726.8150