# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF
### DIVISION

In re:                                    §
                                          §
Levy, Mary                                §        Case No. 10-26662
                                          §
              Debtor(s)                   §

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

Joseph A. Baldi, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1)  All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

Assets Abandoned:                          Assets Exempt:
*(Without deducting any secured claims)*


Total Distributions to Claimants:          Claims Discharged
                                           Without Payment:


Total Expenses of Administration:

3) Total gross receipts of $                (see **Exhibit 1**), minus funds paid to the debtor and third parties of $              (see **Exhibit 2**), yielded net receipts of $                from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) |  |  |  |  |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) |  |  |  |  |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) |  |  |  |  |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) |  |  |  |  |
| **TOTAL DISBURSEMENTS** | $ | $ | $ | $ |

4)  This case was originally filed under chapter   on           .  The case was pending for    months.

5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**.  The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: _____  By:/s/Joseph A. Baldi _____
Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

EXHIBITS TO
FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| | | |
| **TOTAL GROSS RECEIPTS** | | $ |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| Mary Levy | | | |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | $ |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Dovenmuehle Mortgage 1 Corporate Dr Ste 360 Lake Zurich, IL 60047 | | | | | |
| | Harris N.a. 3800 Golf Rd Ste. 300 Rolling Meadows, IL 60008 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Harris N.a. 3800 Golf Rd Ste. 300 Rolling Meadows, IL 60008 | | | | | |
| TOTAL SECURED CLAIMS | | | $ | $ | $ | $ |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| JOSEPH A. BALDI, TRUSTEE | | | | | |
| CONGRESSIONAL BANK | | | | | |
| CONGRESSIONAL BANK | | | | | |
| INTERNAL REVENUE SERVICE | | | | | |
| ILLINOIS DEPARTMENT OF REVENUE | | | | | |
| BALDI BERG & WALLACE. LTD | | | | | |
| BALDI BERG & WALLACE. LTD | | | | | |
| ASONYE & ASSOCIATES | | | | | |
| POPOWCER KATTEN, LTD | | | | | |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ | $ | $ | $ |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | ADT PO Box 371490 Pittsburgh, PA 15250 | | | | | |
| | American General Finance Po Box 3121 Evansville, IN 47731 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Bac/fleet-bkcard 200 Tournament Dr Horsham, PA 19044 | | | | | |
| | Carson Pirie Scott PO Box 10298 Jackson, MS 39289 | | | | | |
| | Chase Po Box 15298 Wilmington, DE 19850 | | | | | |
| | Citgo Oil / Citibank Attn: Centralized Bankruptcy Po Box 20432 Kansas City, MO 64195 | | | | | |
| | Citi Pob 6241 Sioux Falls, SD 57117 | | | | | |
| | Consecofin 345 St Peter/900 Landmk Saint Paul, MN 55102 | | | | | |
| | Fashion Bug/soanb 1103 Allen Dr Milford, OH 45150 | | | | | |
| | Fia Csna Attn: Bankruptcy Po Box 182686 Columbus, OH 43218 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | First National Bank Credit Card Center Attention: Bankruptcy Department 14010 First National Bank Parkway Omaha, NE 68154 | | | | | |
| | First Usa Bank N A Po Box 8650 Wilmington, DE 19899 | | | | | |
| | GEMB / Old Navy Attention: Bankruptcy Po Box 103104 Roswell, GA 30076 | | | | | |
| | GMAC Attention: Bankruptcy Dept. 1100 Virginia Drive Fort Washington, PA 19034 | | | | | |
| | Gemb/jcp Attention: Bankruptcy Po Box 103104 Roswell, GA 30076 | | | | | |
| | Harris N.a. 3800 Golf Rd Ste. 300 Rolling Meadows, IL 60008 | | | | | |
| | Hsbc Best Buy Attn: Bankruptcy Po Box 5263 Carol Stream, IL 60197 | | | | | |
| | Hsbc/wicks Pob 15521 Wilmington, DE 19805 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Illinois Collection Se Po Box 1010 Tinley Park, IL 60487 | | | | | |
| | Kohls/chase N56 W 17000 Ridgewood Dr Menomonee Falls, WI 53051 | | | | | |
| | Loyola University Medical Center 2160 S First Ave Maywood, IL 60153 | | | | | |
| | Macys/fdsb Macy's Bankruptcy Po Box 8053 Mason, OH 45040 | | | | | |
| | NAFS of Canada 6341 Inducon Drive E Sanborn, NY 14132 | | | | | |
| | Nicor Gas Attention: Bankruptcy Department Po Box 190 Aurora, IL 60507 | | | | | |
| | Oxford Management Services CS 9018 Melville, NY 11747 | | | | | |
| | Peoples United Bank 1000 Lafayette Blv Bridgeport, CT 06604 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Rnb-fields3 Po Box 9475 Minneapolis, MN 55440 | | | | | |
| | Rogers & Hol 20821 Cicero Ave. Mattteson, IL 60443 | | | | | |
| | Sears/cbsd Po Box 6189 Sioux Falls, SD 57117 | | | | | |
| | Sinai Medical Group 3537 Paysphere Circle Chicago, IL 60674 | | | | | |
| | Td Retail Card Service 1000 Macarthur Blvd Mahwah, NJ 07430 | | | | | |
| | Unvl/citi Po Box 6241 Sioux Falls, SD 57117 | | | | | |
| | Weltman, Weinberg & Reis Co 10 S LaSalle St, Suite 900 Chicago, IL 60603 | | | | | |
| | Westbrook Dental 1 Trans Am Plaza Drive Villa Park, IL 60181 | | | | | |
| | Wfnnb/micro Electronic Po Box 182273 Columbus, OH 43218 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Wfnnb/new York & Compa | | | | | |
| | 220 W Schrock Rd | | | | | |
| | Westerville, OH 43081 | | | | | |
| 000003 | AMERICAN EXPRESS | | | | | |
| 000001 | DISCOVER BANK | | | | | |
| 000002 | FIA CARD SERVICES, N.A. | | | | | |
| 000004 | LVNV FUNDING, LLC ITS SUCCESSORS AN | | | | | |
| 000005 | PYOD, LLC ITS SUCCESSORS AND ASSIGN | | | | | |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ | $ | $ | $ |

FORM 1

INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT

ASSET CASES

Page:   1

Exhibit 8

| | |
|---|---|
| Case No: 10-26662   Judge: Timothy A. Barnes | Trustee Name: Joseph A. Baldi |
| Case Name: Levy, Mary | Date Filed (f) or Converted (c): 06/14/10 (f) |
| | 341(a) Meeting Date: 08/19/10 |
| For Period Ending: 04/15/14 | Claims Bar Date: 12/17/12 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description<br>(Scheduled and Unscheduled (u) Property) | Petition/<br>Unscheduled<br>Values | Estimated Net Value<br>(Value Determined by Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | Property Formally<br>Abandoned<br>OA=554(a) Abandon | Sale/Funds<br>Received by<br>the Estate | Asset Fully Administered (FA)/<br>Gross Value of Remaining Assets |
| 1. Real Estate located at 416 S 2nd Ave, Maywood IL 6 | 103,000.00 | 0.00 | | 0.00 | FA |
| 2. Checking account with Inland Bank | 30.00 | 0.00 | | 0.00 | FA |
| 3. Savings account with Inland Bank | 600.00 | 0.00 | | 0.00 | FA |
| 4. Miscellaneous used household goods and furnishings | 1,000.00 | 0.00 | | 0.00 | FA |
| 5. Personal used clothing | 250.00 | 0.00 | | 0.00 | FA |
| 6. Prudential whole life insurance policy | 476.00 | 0.00 | | 0.00 | FA |
| 7. IRA with Fidelity | 48,046.00 | 0.00 | | 0.00 | FA |
| 8. Claim against debtor's now former employer | 0.00 | 100,000.00 | | 100,000.00 | FA |
|    Trustee settled EEOC claim for $100,000 Trustee authorized to pay<br>   special counsel contingency fees ($40,000) and Debtor allowed<br>   equitable claim from proceeds ($10,000) | | | | | |
| 9. 2002 Mercury Sable with 135,000 miles Paid in full | 1,752.00 | 0.00 | | 0.00 | FA |

| | | | | |
|---|---|---|---|---|
| | | | | Gross Value of Remaining Assets |
| TOTALS (Excluding Unknown Values) | $155,154.00 | $100,000.00 | $100,000.00 | $0.00 |
| | | | | (Total Dollar Amount in Column 6) |

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Case reopened, requested UST to reappoint trustee to pursue unscheduled EEOC claim; pursuant to court's April 2013
order, Trustee settled EEOC claim for gross recovery of $100,000; Trustee's special counsel was awarded fees and
Debtor's claimed exemption was allowed.Trustee will review claims and resolve any issues.  Trustee has retained
accountant to prepare Estate tax returns.  Trustee filed Estate tax returns.

Initial Projected Date of Final Report (TFR): 12/31/13        Current Projected Date of Final Report (TFR): 12/31/13

FORM 2

Page: 1

Exhibit 9

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No: | 10-26662 -TAD | | Trustee Name: | Joseph A. Baldi |
|---|---|---|---|---|
| Case Name: | Levy, Mary | | Bank Name: | Congressional Bank |
| | | | Account Number / CD #: | *******0551 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******9028 | | | |
| For Period Ending: | 04/15/14 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 06/04/13 | 8 | NATIONAL UNION FIRE INSURANCE CO. of Pittsburgh | Settlement Proceeds | | 50,000.00 | | 50,000.00 |
| | | NATIONAL UNION FIRE INSURANCE CO. O | Memo Amount:     100,000.00 | 1149-000 | | | |
| | | | Gross Proceeds of Settlement | | | | |
| | | ASONYE & ASSOCIATES | Memo Amount:     ( 40,000.00 ) | 3210-600 | | | |
| | | | ATTORNEY FEES | | | | |
| | | MARY LEVY | Memo Amount:     ( 10,000.00 ) | 8500-000 | | | |
| | | | SETTLEMENT | | | | |
| 07/05/13 | | CONGRESSIONAL BANK 6500 Rock Spring Drive, Suite 300 Bethesda, MD 20817 | Monthly Bank Service Fee | 2600-000 | | 42.81 | 49,957.19 |
| 08/01/13 | 001001 | Illinois Department of Revenue P.O. Box 19053 Springfield, IL 62794-9053 | STATE INCOME TAX Payment on 2013 Illinois State Taxes for Bankruptcy Estate of Mary Levy | 2820-000 | | 1,705.00 | 48,252.19 |
| 08/01/13 | 001002 | Department of the Treasury Internal Revenue Service Center Cincinnati, OH 45999-0148 | FEDERAL TAX Payment on 2013 Federal Tax for the Bankruptcy Estate of Mary Levy | 2810-000 | | 3,521.00 | 44,731.19 |
| 08/05/13 | | CONGRESSIONAL BANK 6500 Rock Spring Drive, Suite 300 Bethesda, MD 20817 | Monthly Bank Service Fee for July 2013 | 2600-000 | | 53.04 | 44,678.15 |
| 12/06/13 | 001003 | JOSEPH A. BALDI, Trustee 20 N Clark Street Suite 200 Chicago, Illinois 60602 | Trustee Compensation | 2100-000 | | 7,750.00 | 36,928.15 |
| 12/06/13 | 001004 | Baldi Berg & Wallace, Ltd. 20 N. Clark Street, Ste. 200 Chicago, IL 60602 | Attorney for Trustee Fees (Trustee | | | 4,635.66 | 32,292.49 |
| | | | Fees     4,599.50 | 3110-000 | | | |
| | | | Expenses     36.16 | 3120-000 | | | |
| 12/06/13 | 001005 | Popowcer Katten, Ltd | Accountant for Trustee Fees (Other | 3410-000 | | 960.00 | 31,332.49 |

LFORM2T4

**UST Form 101-7-TDR (5/1/2011)** *(Page: 12)*

Ver: 17.05c

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No: | 10-26662  -TAD |
| Case Name: | Levy, Mary |
| Taxpayer ID No: | *******9028 |
| For Period Ending: | 04/15/14 |

| Trustee Name: | Joseph A. Baldi |
| Bank Name: | Congressional Bank |
| Account Number / CD #: | *******0551  Checking Account (Non-Interest Earn |
| Blanket Bond (per case limit): | $  5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 12/06/13 | 001006 | 35 E. Wacker Drive Suite 1550 Chicago, Il 60601-2207 Discover Bank DB Servicing Corporation PO Box 3025 New Albany, OH 43054-3025 | Claim 000001, Payment 63.32885% | 7100-900 | | 6,118.46 | 25,214.03 |
| 12/06/13 | 001007 | FIA CARD SERVICES, N.A. 4161 Piedmont Parkway NC4 105 03 14 Greensboro, NC 27410 | Claim 000002, Payment 63.32889% | 7100-900 | | 18,905.11 | 6,308.92 |
| 12/06/13 | 001008 | American Express Bank, FSB c o Becket and Lee LLP POB 3001 Malvern, PA 19355-0701 | Claim 000003, Payment 63.32921% | 7100-900 | | 675.71 | 5,633.21 |
| 12/06/13 | 001009 | LVNV Funding, LLC its successors and assigns as assignee of Citibank, N.A. Resurgent Capital Services PO Box 10587 Greenville, SC 29603-0587 | Claim 000004, Payment 63.32894% | 7100-900 | | 4,197.74 | 1,435.47 |
| 12/06/13 | 001010 | PYOD, LLC its successors and assigns as assignee of Citibank, N.A. Resurgent Capital Services PO Box 19008 Greenville, SC 29602 | Claim 000005, Payment 63.32891% | 7100-900 | | 1,435.47 | 0.00 |

FORM 2                                                                                                    Page:   3

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| Case No: | 10-26662  -TAD | Trustee Name: | Joseph A. Baldi |
| Case Name: | Levy, Mary | Bank Name: | Congressional Bank |
| | | Account Number / CD #: | *******0551  Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******9028 | | |
| For Period Ending: | 04/15/14 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform Trans. Code | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

|  |  |  |  |  |  |  |  |
|---|---|---|---|---|---|---|---|
| | | Account  *******0551 | Balance Forward | | 0.00 | | |
| | | | 1 Deposits | | 50,000.00 | 10 Checks | 49,904.15 |
| | | | 0 Interest Postings | | 0.00 | 2 Adjustments Out | 95.85 |
| Memo Allocation Receipts: | 100,000.00 | | Subtotal | $ | 50,000.00 | 0 Transfers Out | 0.00 |
| Memo Allocation Disbursements: | 50,000.00 | | | | | | |
| Memo Allocation Net: | 50,000.00 | | 0 Adjustments In | | 0.00 | Total | $ 50,000.00 |
| | | | 0 Transfers In | | 0.00 | | |
| | | | Total | $ | 50,000.00 | | |